UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOANNE MIRABELLA,

          Plaintiff,

-against-

WYETH PHARMACEUTICALS, INC. and PFIZER, INC.,

          Defendants.

Case No: 2:17-cv-03774

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                             : ss.:
COUNTY OF NEW YORK  )

        MARCUS GRIFFIN, being duly sworn, deposes and says: I am over the age of 18 years and not a party to this action. On the 22nd day of June, 2017, I served the **NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT** by mailing it to Plaintiff's attorney at the following address:

        Sandra M. Radna, Esq.
        Law Offices of Sandra M. Radna P.C.
        700 Fort Salonga Road
        Northport, NY 11768

the address designated by them for that purpose. Service was completed by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department.

Sworn to before me this
22nd day of June, 2017

_____
Notary Public

_____
MARCUS GRIFFIN

ELLEN M. REEMAN
Notary Public, State of New York
No. 01RE4941009
Qualified in Kings County
Commission Expires August 15, 2018